## HUTCHINSON ag⁺ SMITH

Eliakim Hutchinson plaint. ag⁺ John Smith Defend⁺ The plaint. withdrew his action.

## NASH agt. EDWARDS

James Nash Senio$^r$ plaint. ag⁺ Thomas Edwards Def⁺ in an action of the case for not paying the Summe of Fifty pound in mony due for a wharfe of Seventy five foote Long or thereabouts and twenty five foote wide or thereabouts done and made for the s$^d$ Edwards by the s$^d$ Nash above four yeares since and set up by the order of s$^d$ Edwards in Boston with interest & all other due damages &c. . . . The Jury . . . found for the plaint. three pounds twelve Shillings mony damage and costs of Court twenty Six Shillings four pence.

## VSHER ag⁺ VSHER

John Vsher plaint. ag⁺ Hezekiah Vsher Def⁺ for witholding the Summe of Seven thousand pounds currant mony of New-England due upon the forfiture of an Obligation under his hand & Seale [ 477 ] bearing date Aug° 19° 1676. by his non performance of Covenants or Articles therein contained with all due damages &c. . . . The Jury . . . found for the plaint. Forfiture of the bond Seven thousand pounds mony & costs of Court. The Def⁺ appealed from this Judgement unto the next Court of Assistants, who gave bond with Sureties for prosecution thereof.

[ The judgment was reversed by the Court of Assistants. Records, i, 111.]

## OXE agt HENDERSON

Robert Oxe Attourny of Edward Gosling of London marrin$^r$ plaint. ag⁺ William Henderson Def⁺ for witholding the Summe of twenty Eight pounds fifteen Shillings sterling mony which the s$^d$ Gosling did deliver unto and entrust with the s$^d$ Henderson in the month of Decemb$^r$ 1672. who promised to repay and deliver back the s$^d$ Summe to s$^d$ Gosling or his order on demand as wilbee made appeare by Evidence with just damages &c. The parties joined issue by consent and after the complaint Letter of Attourny and Evidences in the case produced were read & committed to the Jury which remain on